UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN PROBUS, | ) |
| Plaintiff, | ) Case No. EDCV 13-2159 AJW |
| v. | ) J U D G M E N T |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

October 29, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge